AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| Monsanto Company <br> *Plaintiff* <br> v. <br> Boersen Farms, Inc. <br> *Defendant* | Civil Action No. 4:17cv2525 CDP |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___03/13/2018___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___06/12/2018___

CLERK OF COURT

*Elizabeth Kirkland*
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) No. 4:17CV02525 CDP |
| BOERSEN FARMS, INC., | ) ) ) |
| Defendant(s). | ) |

## DEFAULT JUDGMENT

On January 24, 2018, Clerk's Entry of Default was entered against Defendant Boersen Farms, Inc. [ECF No. 13]. Motion for Default Judgment and Award of Interest [ECF No. 15] was filed by Plaintiff on February 15, 2018. As directed by the Court, Plaintiff's motion shall be granted and the Clerk of Court shall enter default judgment.

Accordingly,

**IT IS HEREBY ORDERED** that default judgment is entered in favor of Plaintiff and against Defendant Boersen Farms, Inc., in the sum of $2,862,813.85, consisting of damages in the principal amount of $2,359,071.33, plus interest at the rate of 1.5% per month from November 25, 2016 and costs. Post-judgment interest shall continue until paid in full.

Dated this 13th day of March, 2018.

/s/ Lori Miller Young
Lori Miller Young
Chief Deputy Clerk

GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _Elizabeth Gilliland_
DEPUTY CLERK