Approved, SCAO

| | | |
|---|---|---|
| | | Original - Court<br>1st copy - Plaintiff<br>2nd copy - Garnishee<br>3rd copy - Defendant |
| **STATE OF MICHIGAN**<br>US District Ct **JUDICIAL DISTRICT**<br>Western MI **JUDICIAL CIRCUIT** | **GARNISHEE DISCLOSURE** | **CASE NO.**<br>1:18-mc-00058 |

**Court address**  
740 Federal Bldg., 110 Michigan St. NW, Grand Rapids, MI 49503

**Court telephone no.**  616-456-2381

| Plaintiff's name, address, and telephone no. (judgment creditor)<br>Monsanto Company<br>800 North Lindbergh Blvd.<br>ST. Louis, Missouri 63167 | v | Defendant's name, address, and telephone no. (judgment debtor)<br>Boersen Farms, Inc.<br>6241 Ransom St<br>Zeeland, Michigan 49464 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>David Lerner (P44829)<br>38505 Woodward, Ste. 100<br>Bloomfield Hills, MI 48304 | | Garnishee name and address<br>Highpoint Community Bank<br>Attn: Garnishments<br>150 West Court Street<br>Hastings, MI 49058 |

**FILED - GR**  
July 31, 2020 10:24 AM  
CLERK OF COURT  
U.S. DISTRICT COURT  
WESTERN DISTRICT OF MICHIGAN  
BY: ns   SCANNED BY: TB 7/31/20

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on __06/25/2020__ and received by garnishee on __7/20/2020__.
   - [X] a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on __7/28/2020__
   - [ ] b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
   - [ ] c. The garnishee will not withhold payments under the writ of garnishment. The writ of garnishment was served after the deadline date for service and the writ is invalid.

2. At the time of service of the writ:

   **Nonperiodic Garnishments**
   - [X] a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: __No Accounts__
   - [ ] b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

   Description of property, money, negotiable instruments, etc. under garnishee's control _____  Type of account and account number, if applicable _____
   The amount to be withheld is $ __0.00__ and does not exceed the amount stated in item 2 of the writ.
   - [ ] c. Withholding is exempt because _____ State the exemption and legal authority

   **Periodic Garnishments**
   - [ ] d. The garnishee is not obligated to pay the defendant during the period of the writ.
     Reason:   [ ] not employed.   [ ] other _____
   - [ ] e. The garnishee is obligated to pay the defendant during the period of the writ.
     Payments are for   [ ] earnings.   [ ] nonearnings _____
     Specify nature of payment (see instructions on other side)
     Payments are made   [ ] weekly.   [ ] biweekly.   [ ] semimonthly.   [ ] monthly.   [ ] other: _____ frequency of payment

   A higher priority writ/order   [ ] is   [ ] is not   currently in effect. If a higher priority writ/order is in effect, complete the following.

   Name of court that issued higher priority writ/order _____   Case number _____   Date issued _____   Date served _____

   Withholding under this writ
   - [ ] will begin immediately if sufficient funds are available.
   - [ ] will not begin immediately because defendant is   [ ] laid off.   [ ] sick.   [ ] on leave.   [ ] other: _____ specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

7/28/2020  
**Date**  
Garnishee/Agent/Attorney signature  David H. Tripp   P29290

**I certify that:**
on __7/28/2020__ I mailed or personally delivered the original of this disclosure to the court.
on __7/28/2020__ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on __7/28/2020__ I mailed or personally delivered a copy of this disclosure to the defendant.

7/28/2020  
**Date**  
Garnishee/Agent/Attorney signature  David H. Tripp

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14  (4/18)   **GARNISHEE DISCLOSURE**   15 USC 1672, 15 USC 1673, MCR 3.101